PS 8B
(05/08)

July 2, 2013

## UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

2013 JUL -9 AM 10: 09

### Request for Modifying the Conditions of Pretrial Release

**Name of Defendant:** MOKAYEF, Amir

**Dkt No.:** 13CR2196-JLS-003

**Name of Judicial Officer:** The Honorable Janis L. Sammartino, U.S. District Judge
**(Matter referred to the Honorable William McCurine Jr., U.S. Magistrate Judge)**

**Date Conditions Were Ordered:** June 21, 2013, before the Honorable William McCurine Jr., U.S. Magistrate Judge

**Conditions of Release:**
*Mandatory Conditions* - not commit a federal, state, or local crime during the period of release, and make all court appearances.
*Standard Conditions* - restrict travel to Southern and Central Districts of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; and provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending.
*Special Conditions* - Participate in a Global Positioning System (GPS) Satellite monitoring program, active, remain at a specified residence (curfew) between the hours of 12:00 a.m. and 6:00 a.m., daily; defendant must not contact any Macho Sports customers and betting customers; and surrender all travel documents to PTS within 72 hours of release; sureties are jointly and severally liable for any shortfall on the real property; and only acceptable real property is the mother's residence.

**Modification:** None.

**Date Released on Bond:** June 26, 2013

**Charged Offense:** 18:1962(c) and (d); 18:981(a)(1)(C), 1955(d), and 1963, and 28:2461(c) - Racketeering Conspiracy to Conduct Enterprise Affairs (RICO Conspiracy); Criminal Forfeiture
18:1955; 18:981(a)(1)(C), 1955(d) and 1963, and 28:2461(c) - Illegal Gambling Business; Criminal Forfeiture

**Next Court Hearing:** July 26, 2013 for Motion Hearing and Trial Setting before Judge Sammartino.

PS 8B
(05/08)

**Name of Defendant:** MOKAYEF, Amir  July 2, 2013
**Docket No.:** 13CR2196-JLS-003  Page 2

**Asst. U.S. Atty.:** Andrew Schopler  **Defense Counsel:** Thomas Warwick (Retained)
(619) 546-8068  (619) 232-0600

**Prior Violation History:** None.

## PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:** Submit to treatment and/or testing as specified by the assigned Pretrial Services Officer for drugs.

## CAUSE

During the defendant's post release intake interview with our office, the defendant reported he began using marijuana when he was sixteen (16) years old. The defendant reported he last used marijuana three (3) months ago and he had been using occasionally, once every few months.

Pretrial Services is requesting this modification to allow our office to effectively monitor the defendant's drug use.

The undersigned contacted all the sureties in this matter: Parvin Mokayef (mother), Alvina Ozeryana (wife), Ali Mokayef (brother), and Tannaz Mokayef (sister), and they all indicated no opposition to the proposed modification to the defendant's conditions of release. Additionally, the undersigned contacted the Assistant United States Attorney, Andrew Schopler and Defense Counsel, Thomas Warwick, and they indicated no opposition to the proposed modification.

PS 8B
(05/08)

**Name of Defendant:** MOKAYEF, Amir  July 2, 2013
**Docket No.:** 13CR2196-JLS-003  Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: JULY 2, 2013

Respectfully submitted:  Reviewed and approved:

by _____  _____
Ryan Alejandria  Anthony Ortiz
United States Pretrial Services Officer  Supervising U.S. Pretrial Services Officer
(619) 446-3616
Place: San Diego, California

**THE COURT ORDERS:**

__WMcC__ AGREE, modify the defendant's conditions of release to include: Submit to treatment and/or testing as specified by the assigned Pretrial Services Officer for drugs.

_____ Other _____

_____

_____  7/3/13
The Honorable William McCurine Jr.  Date
U.S. Magistrate Judge