THOMAS J. WARWICK, Jr.
STATE BAR NO.: 56200
Karen D. Oakman
STATE BAR NO.: 273016
GRIMES & WARWICK
2664 FOURTH AVENUE
SAN DIEGO CA 92103-6515
TELEPHONE: (619) 232-0600

Attorneys for Defendant
AMIR MOKAYEF

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HON. JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  vs.<br><br>AMIR MOKAYEF (3),<br><br>     Defendant. | Case No.: 3:13-cr-02196-JLS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, declare as follows:

    That I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to the above-referenced action; that I am employed in the County of San Diego, California; and that my business address is 2664 Fourth Avenue, San Diego, CA 92103-6515.

///

///

///

///

///

///

I caused the service of the following: NOTICE OF JOINDER AND JOINDER IN CO-DEFENDANT'S MOTION via electronic filing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 15th day of July, 2013 at San Diego, California

DATED:  July 15, 2013              /s/ THOMAS J. WARWICK, JR.
                                   THOMAS J. WARWICK, Jr.
                                   KAREN D. OAKMAN
                                   Attorneys for Defendant
                                   AMIR MOKAYEF