Thomas J. Warwick, Jr., #56200
Karen D. Oakman, #273016
Grimes & Warwick
2664 Fourth Avenue
San Diego, CA 92103
(619) 232-0600

Attorneys for Defendant
AMIR MOKAYEF

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No:13CR02196-JLS |
| Plaintiff, | **JOINT MOTION TO MODIFY CONDITIONS OF RELEASE** |
| vs. | |
| AMIR MOKAYEF (3), | |
| Defendant. | |

**TO: UNITED STATES ATTORNEY LAURA E. DUFFY; ASSISTANT UNITED STATES ATTORNEY ANDREW SCHOPLER; UNITED STATES PRETRIAL SERVICES OFFICER RYAN ALEJANDRIA**

The defendant, Amir Mokayef (3), Thomas J. Warwick, Jr., and the United States of America, by its counsel, Laura E. Duffy, United States Attorney, and Andrew Schopler, Assistant United States Attorney, and Pretrial Services Officer, Ryan Alejandria, jointly move the Court to modify the conditions of Mr. Mokayef's pretrial release and remove the condition of curfew.

///

JOINT MOTION TO MODIFY CONDITIONS OF RELEASE- 1

| | |
|---|---|
| Dated: April 3, 2014 | /s/ THOMAS J. WARWICK<br>THOMAS J. WARWICK, JR.<br>Attorney for AMIR MOKAYEF |
| SO STIPULATED. | |
| Dated: April 3, 2014 | /s/ ANDREW SCHOPLER<br>ANDREW SCHOPLER<br>Assistant United States Attorney |
| Dated: April 3, 2014 | /s/ RYAN ALEJANDRIA<br>RYAN ALEJANDRIA<br>PRETRIAL SERVICES OFFICER |

I hereby consent to the Motion to Modify Conditions of Release, so that the condition of curfew be removed for defendant, Amir Mokayef.

Dated: 4·9·14

PARVIN MOKAYEF
Surety

Dated: 4-4-14

TANNAZ MOKAYEF
Surety

Dated: 4.9.14

ALVINA OZERYANA
Surety

Dated: 4.9.14

ALI MOKAYEF
Surety