# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 13CR02196-JLS |
| Plaintiff, | **ORDER TO MODIFY CONDITIONS OF RELEASE** |
| vs. | |
| AMIR MOKAYEF (3), | |
| Defendant. | |

Based upon the previously filed joint motion and consent of sureties, the Court hereby grants AMIR MOKAYEF's motion to modify the conditions of release to remove the condition of curfew.

DATED: April 15, 2014

_____
Hon. Janis L. Sammartino
U.S. District Judge

ORDER TO MODIFY CONDITIONS OF RELEASE - 1